USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 02/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHNA BLUTREICH,

          Plaintiff,

-against-

NORTH SHORE-LONG ISLAND JEWISH HEALTH SYSTEM, INC and WILLIAM RODGERS,

          Defendants.

**ORDER TO WITHDRAW THE ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

13 Civ. 8583 (ER)

Ramos, D.J.:

The Amended Order of Reference to Magistrate Judge Robert W. Lehrburger for dispositive motion, Doc. 99, is hereby withdrawn.

SO ORDERED

Dated: February 24, 2020
New York, New York

Edgardo Ramos, U.S.D.J.