```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AHNA BLUTREICH,
                         Plaintiff,                    13 CIVIL 8583 (ER)

              -against-                                   JUDGMENT

NORTH SHORE-LONG ISLAND JEWISH
HEALTH SYSTEM, INC., and WILLIAM
RODGERS,
                         Defendants.
------------------------------------------------------------X
```

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2020, Defendants' motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York
       March 31, 2020

                                               RUBY J. KRAJICK
                                           _____
                                               Clerk of Court
                                    BY:
                                           _____
                                               Deputy Clerk