UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ahna Blutreich

(List the full name(s) of the plaintiff(s)/petitioner(s).)

13 cv 8583 (ER)(   )

-against-

**NOTICE OF APPEAL**

North Shore- Long Island Jewish
Health System, Inc. and William Rodgers

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties:   Ahna Blutreich

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the     ☐ judgment   ☒ order    entered on:   March 31, 2020
                                                    (date that judgment or order was entered on docket)

that:     Defendants motion for summary judgment (pursuant to Federal Rule of Civil Procedure 56)

is Granted.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

4/26/20                                    a Blutreich
Dated                                      Signature

Blutreich, Ahna
Name (Last, First, MI)

309 East 78 St Apt 3W NY NY 100 75
Address                         City        State        Zip Code

646-591-9629                    drblutreich@yahoo.com
Telephone Number                E-mail Address (if available)

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13